IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

JUSTIN RONALD HENSLEY                                                PLAINTIFF

V.                        CIVIL NO. 6:19-cv-06101

C. ANDERSON (Administration Review Officer); NURSE TRACEY POOLE; ADV. PRACTICE NURSE DENIECE LNU; MS. OWENS (Records Supervisor); MS. POOL (Medical Department); MAJOR RUH (Chief Of Security)                DEFENDANTS

## ORDER

The Court has received a Report and Recommendation (ECF No. 13) from United States Magistrate Judge Mark E. Ford. Plaintiff proceeds in this 42 U.S.C. §1983 action *pro se* and in *forma pauperis*. Upon review, the Magistrate recommended that Plaintiff's Complaint against all Defendants be dismissed without prejudice. No Objections to the Report and Recommendation have been filed. Plaintiff's mail, including the Report and Recommendation, was returned to the Court as undeliverable, and no new address has been supplied (ECF No. 14). The order granting Plaintiff's motion for leave to proceed in forma pauperis contains an express provision requiring Plaintiff to immediately inform the Court of any change of address, and Plaintiff was advised that any failure to do so may result in dismissal of his case. (ECF No. 6).

IT IS THEREFORE ORDERED that Plaintiff's Complaint against all Defendants should be and hereby is DISMISSED WITHOUT PREJUDICE.

SO ORDERED this 28th day of January 2020.

/s/ Robert T. Dawson
ROBERT T. DAWSON
SENIOR U.S. DISTRICT JUDGE